

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main: (973) 645-2700*
*Newark, New Jersey 07102*      *direct:(973) 297-2038*
*frances.bajada@usdoj.gov*

July 6, 2026

**Via ECF**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   ***Budak v. USCIS, et al.*, Civil No. 26-4631 (CCC)**
             **Extension Request by Consent**

Dear Judge Cecchi:

      This Office represents the Defendants in the above immigration action. We write to respectfully request an extension of Defendants' deadline to respond to the Complaint from July 6, 2026 to August 3, 2026. Furkan Ozkundakci, Esq., counsel for the Plaintiff, consents to the August 3, 2026 extension.

      We respectfully submit that good cause exists to grant the extension because U.S. Citizenship and Immigration Services requires additional time to adjudicate the underlying immigration application, which could resolve this action without further litigation. If this proposal is acceptable, we request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

      We thank the Court for its consideration of this request.

SO ORDERED

  *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  7/7/2026

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:  *s/Frances Bajada*
     FRANCES BAJADA
     Assistant United States Attorney
     *Attorneys for Defendant*

cc:    Counsel of record (via ECF)