

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main: (973) 645-2700*
*Newark, New Jersey 07102*      *direct:(973) 297-2038*
*frances.bajada@usdoj.gov*

August 4, 2026

**<u>Via ECF</u>**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: ***Budak v. USCIS, et al.*, Civil No. 26-4631 (CCC)**
> **Extension Request by Consent**

Dear Judge Cecchi:

This Office represents the Defendants in the above immigration action. We write to respectfully request a *nunc pro tunc* extension of Defendants' deadline to respond to the Complaint from August 3, 2026 to December 1, 2026. The Office apologizes for missing the deadline. Furkan Ozkundakci, Esq., counsel for the Plaintiff, consents to the December 1, 2026 extension.

We seek the extension to permit U.S. Citizenship and Immigration Services additional time to issue a decision in the underlying immigration application, which could resolve this action without further litigation.

We thank the Court for its consideration of this request.

Respectfully submitted,

SO ORDERED

ROBERT FRAZER
UNITED STATES ATTORNEY

*s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

8/5/2026

By:   *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Defendants*

cc:    Counsel of record (via ECF)