**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METIN BUDAK<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF USCIS; JOHN E. THOMPSON, DIRECTOR OF THE NEWARK DISTRICT OFFICE OF USCIS; SUSAN RAUFER, DIRECTOR OF THE NEWARK ASYLUM OFFICE<br><br>*Defendants*. | Civil Action No. 2:26-cv-04631 |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure (FRCP) 41(a)(1)(A)(i), Plaintiff Metin Budak, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action.

Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim.

Pursuant to FRCP 41(a)(1)(B), this dismissal is self-effectuating and without prejudice.

Dated: October 5, 2026

ONAL GALLANT BAYRAM & AMIN P.C.
By: _/s/ Nermin Funda Karadag____
Nermin Funda Karadag, Esq. (NJ Bar No. 518142025)
619 River Dr., Suite 340
Elmwood Park, NJ 07407
P: (201) 508-0808
Fkaradaglaw@gmail.com
*Attorney for Plaintiff*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/9/2026